# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JOSEPH ARAGON,

    Plaintiff,

v.                                                                                                      No. 18-cv-0995 SCY/SMV

GEICO INDEMNITY COMPANY,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     November 8, 2018, at 9:30 a.m.

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **November 8, 2018, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                           **STEPHAN M. VIDMAR**
                                                           **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.