IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH ARAGON,

    Plaintiff,

v.                                      Case No.: 1:18-cv-0995-SCY/SMV

GEICO INDEMNITY COMPANY,

    Defendant.

## ORDER GRANTING JOINT MOTION TO AMEND THE ORDER TO FILE CLOSING DOCUMENTS

**THIS MATTER** having come before the Court on the parties' Joint Motion to Amend the Order to File Closing Documents. The Court FINDS the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Joint Motion to Amend the Order to File Closing Documents is **GRANTED** and the new date by which to file closing documents is December 27, 2018.

_____
THE HONORABLE STEPHAN M. VIDMAR
MAGISTRATE COURT JUDGE

Approved:

/s/ Stephen M. Simone
Stephen M. Simone
Jessica D. Marshall
Chapman and Priest, P.C.
P.O. Box 92438
Albuquerque, New Mexico 87199
Tel: (505) 242-6000
stephensimone@cplawnm.com
jessicamarshall@cplawnm.com
*Attorneys for Defendant GEICO Indemnity Company (as to the contractual claims only)*

*Electronically Approved 12/7/2018*
Meloney Perry
Stacy Thompson
Perry Law P.C.
10440 North Central Expressway, Suite 600
Dallas, Texas  75231
(214) 265-6201 (Telephone)
mperry@mperrylaw.com
sthompson@mperrylaw.com
*Attorneys for Defendant GEICO Indemnity Company (as to the extra-contractual claims only)*


*Electronically Approved 12/7/2018*
Cloyd G. Hinkle
Warren F. Hire, II
John A. Frase
Hinkle Law Offices, P.C.
3939 San Pedro NE, Building A
Albuquerque, New Mexico 87110
Tel: (505) 883-4357
lleal@hinklelawoffices.com
warren@hinklelawoffices.com
john@hinklelawoffices.com
*Attorneys for Plaintiff*